COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS







IN RE: STEPHEN W. JOHNSON AND
REUBEN R. RIOS,


 Relators.


§


 


§


 


§


 


§


 


§


 


 § 




 


No. 08-10-00078-CV


AN ORIGINAL PROCEEDING IN


MANDAMUS


MEMORANDUM OPINION


 Pending before the Court is Relators' unopposed motion to dismiss this original proceeding. 
The motion is granted, and the proceeding is dismissed.


 GUADALUPE RIVERA, Justice

December 8, 2010


Before Chew, C.J., McClure, and Rivera, JJ.

Chew, C.J., not participating